**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01150-CV

**UNITED STATES CATASTROPHIC RE-CONSTRUCTORS, INC., ET AL., Appellants**

**V.**

**DAVID SPENCER D/B/A CONTROL COLLECTIVE, LTD., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10135**

## ORDER

We **GRANT** appellants' December 31, 2014 second motion for an extension of time to file a brief. Appellants shall file a brief by **JANUARY 12, 2015**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE